IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:98-MJ-259-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIAN O'GRADY ALLEN, | ) | |

This matter is before the court on the Defendant's motion for expungement. [DE-6]. The parties are invited to submit additional briefing in support of their respective positions. Accordingly, principal briefing by any party may be filed within the next twenty-one (21) days; responsive briefing may be filed within fourteen (14) days thereafter.

So ordered the 29th day of May 2014.

Robert B. Jones, Jr.
United States Magistrate Judge