IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:98-MJ-00259-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARIAN O'GRADY ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

An evidentiary hearing in this matter on Defendant's Motion for Expungement of Charge will be held on **Thursday, September 25, 2014 at 10:30 a.m.** in Courtroom 3 of the Alton Lennon Federal Building in Wilmington, North Carolina, at which time the court will hear evidence regarding the "extreme circumstances" alleged by Defendant in support of the motion, specifically Defendant's inability to obtain employment due to the charge at issue; what (if any) steps Defendant has taken to correct the alleged reporting error with respect to the charge at issue; and any other evidence the parties believe to be necessary to the court's determination.

SO ORDERED, this the 9th day of September 2014.

Robert B. Jones, Jr.
United States Magistrate Judge